UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RIVERS AND HILLS HOSPITALITY GROUP, LLC, *Plaintiff* | § § § § | |
| v. | § § | CIVIL NO. A-19-CV-00519-SH |
| GTB RESTAURANT TEXAS, LLC, GARY WU, AN INDIVIDUAL, AND JESSICA WU, AN INDIVIDUAL, *Defendants* | § § § § § | |

## FINAL JUDGMENT

Before this Court is the Agreed Motion for Dismissal with Prejudice, filed March 19, 2020 (Dkt. No. 53). The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Agreed Motion for Dismissal with Prejudice and **DISMISSES** with prejudice all claims brought in the lawsuit by Plaintiffs against Defendants and all claims brought by Defendants against Plaintiffs.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on March 20, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE